JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

OKECHI EZE KWEM,

      Petitioner,

      v.

MARKWAYNE MULLIN, ET AL.,

      Respondents.

Case No. 5:26-cv-02800-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Okechi Eze Kwem (A# 099-400-437) from custody (subject only to conditions of release that existed prior to Petitioner's May 14, 2026 detention, if any).  Respondents shall also immediately return any confiscated property and documents to Petitioner upon release.  Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing.  The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of

conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard. Respondents shall not attempt to remove Petitioner to any country other than Nigeria without first providing written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3).  Respondents shall file a notice of compliance **within three days**.

　　　　LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   June 3, 2026

_____
　　　HON. A. JOEL RICHLIN
　UNITED STATES MAGISTRATE JUDGE